# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| **Mark Gray,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 13-3043-CV-S-JTM |
| ) | |
| **Valarity, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pursuant to the entry of the *Stipulation To Dismiss*, filed September 19, 2013 [Doc. 20], the above captioned matter is DISMISSED WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

*/s/ John T. Maughmer*
**John T. Maughmer**
**United States Magistrate Judge**